■ In the Matter of the Arbitration between DAVID LIVINGSTON, as President of District 65, Retail, Wholesale & Department Store Union, AFL–CIO, Respondent, and CHENEY-FRANTEX, LONGFORD-WEAVERS, INC., Appellant.— The award is invalid as to Mayar Silk Mills, Inc., not a party to the contract or the arbitration proceeding. (*Matter of Brescia Constr. Co.* v. *Walart Constr. Co.*, 264 N. Y. 260.) Moreover, the award is not mutual, final and definite (Civ. Prac. Act, § 1462, subd. 4) in that it fails to state the amount of damages or the basis for computation thereof. (*Meyer* v. *Merritt*, 7 A D 2d 917; *Matter of Albert J. Pfeiffer, Inc.* [*Largman, Gray Co.*], 222 App. Div. 62.) Concur — Botein, P. J., Rabin, McNally, Eager and Bastow, JJ.